## WALTERS v. COMMONWEALTH.

Court of Appeals of Kentucky.
May 1, 1953.

Joe S. Feather and Garrett Teague, Jr., Williamsburg, for movant.

J. D. Buckman, Jr., Atty. Gen., and Wm. F. Simpson, Asst. Atty. Gen., opposed.

PER CURIAM.

Motion for an appeal from the Whitley Circuit Court by H. E. "Bucky" Walters from a judgment convicting him of unlaw-

ful possession of whiskey for the purpose of sale, and fixing his punishment at a fine of $50 and 30 days in jail.

A consideration of the record discloses no error prejudicial to movant's substantial rights and the judgment is affirmed.